AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED

OCT 29 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
| v. | ) |
| Juan Carlos TORRES, Jr. (Y.O.B. 1990) | ) Case No. M-19-2641-M |
| Citizenship: United States | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 28, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952<br>21 USC § 841 | Defendant did knowingly and intentionally possess with the intent to distribute and knowingly and intentionally import into the United States from Mexico approximately .22 kilograms of methamphetamine, a schedule II controlled substance |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved AUSA M. Mitchell
10/29/19

_____
Complainant's signature

J. Michael Salinas, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/29/2019 - 8:00 a.m.

_____
Judge's signature

City and state: McAllen, Texas

Juan F. Alanis - U.S. Magistrate Judge
Printed name and title

## Attachment "A"

On October 28, 2019, Juan Carlos TORRES, Jr., a United States citizen, arrived for inspection from Mexico via the pedestrian lane at the Hidalgo, Texas Port of Entry (POE). TORRES, Jr. was referred for a secondary inspection and was escorted to a secure area where a pat-down search revealed a package concealed under his clothing in his groin area. The package was retrieved by Customs and Border Protection Officers and was found to contain a crystal-like substance which field tested positive for the properties of methamphetamine. The total weight of the methamphetamine was .22 kilograms.

Homeland Security Investigations Special Agent Joe Michael Salinas responded to the Hidalgo POE for investigative assistance and attempted to interview TORRES, Jr. TORRES, Jr. requested an attorney and the interview was terminated.